UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 20-cv-20737-UU

JANE DOE, Individually and as Parent and
Natural Guardian of F.H., a Minor,

    Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINE, and DUFRY
CRUISE SERVICES, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, by and through the undersigned counsel, hereby files this Notice of Settlement and states as follows:

1. The parties have reached a settlement agreement of all of Plaintiff's claims against the Defendants.

2. The parties are working to finalize settlement documents, after which the parties will file their Joint Stipulation for Dismissal and Proposed Order of Dismissal with Prejudice with the Court.

3. Plaintiff respectfully submits this Notice of Settlement so that the Court may dedicate its limited time and resources on other cases in the meantime.

    Respectfully submitted,

    Co-counsel for Plaintiffs:

    **BRILL & RINALDI, THE LAW FIRM**
    Attorneys for the Plaintiff

17150 Royal Palm Blvd., Suite 2
Weston, FL 33326
Telephone No.: (954) 876-4344
Facsimile No.: (954) 384-6226
**David W. Brill, Esq.**
Florida Bar No. 0959560
Primary e-mail: david@brillrinaldi.com
Secondary e-mail: angely@brillrinaldi.com
**Joseph J. Rinaldi, Jr., Esq.**
Florida Bar No. 0581941
Primary e-mail: joe@brillrinaldi.com
Secondary e-mail: angely@brillrinaldi.com
**Zackary D. Slankard, Esq.**
Florida Bar No. 1015939
Primary e-mail: zackary@brillrinaldi.com
Secondary e-mail: angely@brillrinaldi.com

*~ AND ~*

**MURPHY LAW FIRM**
2354 S. Acadian Thruway
Baton Rouge, Louisiana 70808
Telephone No.:  (225) 928-8800
Facsimile No.:  (225) 928-8802
**Peyton P. Murphy, Esq.**
Louisiana Bar No. 22125
E-mail: peyton@murphylawfirm.com
**Troy D. Morain, Esq.**
Louisiana Bar No. 19070
E-mail: troy@murphylawfirm.com
**James E. Moore, Esq.**
Louisiana Bar No. 21758
E-mail: jim@murphylawfirm.com
**Renee H. Pennington, Esq.**
Louisiana Bar No. 35954
E-mail: renee@murphylawfirm.com

/s/ *David W. Brill*
**David W. Brill, Esq.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being

served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/ *David W. Brill*
**David W. Brill, Esq.**

**SERVICE LIST**

Jerry D. Hamilton, Esq.
Florida Bar No.: 970700
jhamilton@hamiltonmillerlaw.com
Carlos J. Chardon, Esq.
Florida Bar No. 517631
cchardon@hamiltonmillerlaw.com
Spencer B. Price, Esq.
Florida Bar No. 1001044
sprice@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
*Attorneys for Defendant Carnival Cruise Line*

McALPIN CONROY, P.A.
80 S.W. 8th Street, Suite 2805
Miami, FL 33130
Telephone: 305-810-5400
Facsimile: 305-810-5401
KASSANDRA DOYLE TAYLOR
Florida Bar No.: 68645
ktaylor@mcalpinconroy.com
vlassale@mcalpinconroy.com
*Counsel for Defendant, Dufry Cruise Services, LLC*