**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:20-cv-20737-UU

JANE DOE, Individually and as Parent and
Natural Guardian of F.H., a Minor,

    Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINE, and
DUFRY CRUISE SERVICES, LLC,

    Defendants.
_____/

## NOTICE OF COURT PRACTICE UPON SETTLEMENT

THIS CAUSE is before the Court upon Plaintiff's Notice of Settlement. D.E. 91 (the "Notice"). The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On December 29, 2020, Plaintiff filed the Notice, notifying the Court that the parties reached a settlement and are working to finalize the settlement documents. *Id.*

THE PARTIES are hereby notified that all papers related to the settlement reached by the parties, including any order of dismissal stating specific terms and conditions, must be received by this Court by **January 26, 2021**.  If such papers are not filed by this deadline, this matter will be DISMISSED without further notice. Within sixty (60) days of such an order of dismissal, either party may petition the court to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

DONE AND ORDERED in Chambers, Miami, Florida, this \_30th\_\_ day of December, 2020.

                                                                  _____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record